UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
OCT 23 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

07-14528

Jonathan Lee Riches©,
Plaintiff

JOHN CORBETT O'MEARA
CIVIL NO

v.

MAGISTRATE JUDGE MORGAN

Jennifer Lopez a/k/a J.LO;
MARC ANTHONY,
DEFENDANTS

COMPLAINT
"Aiding and Abetting cybercrime"
TRO Temporary Restraining order

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue an order for Defendants named in this suit to respond. This is a wrongful suit, Product Liability & Negligence under res ipsa Loquitur and crimes defendants committed pursuant to: Aiding and abetting, recklessness, carelessness, conspiracy, and Fraud. Plaintiff Moves this Honorable Court to issue a TRO Temporary Restraining order Forbidding defendants from further harassing Plaintiff, and Forbidding the distribution of Defendants music. Plaintiff seeks $10,000,000.00 Million dollars in damages and Pain and suffering from contributing to my illegal incarceration. Plaintiff prays for relief

1

Defendant Jennifer Lopez is a Hollywood Actress & musician performer. Lopez also has a cosmetic line. Lopez is married to singer Marc Anthony. Together they do business in Michigan.

Plaintiff Jonathan Lee Riches© is currently serving 125 months in Federal prison at FCI Williamsburg, Salters S.C.

**2**

Defendant's music is responsible for my incarceration with Identity theft. I'm serving 125 months in Federal prison since Feb 25th, 2003, because listening to Jennifer Lopez's 2002 Album "this is me" sent me to commit Identity theft. Defendant is held liable.

Before I committed Identity theft at Banks, I would listen to the song "Jenny from the block" over and over. these lyrics encourage Identity theft. Lopez has the image in the Jenny from the block video played on MTV to ~~the~~ Cyber Crime ~~on the~~ lives a Materialistic lifestyle. Lopez is ~~held liable~~ for my illegal incarceration because her music is (1) obscene (2) contains bling bling materialistic words that encourage cybercrime like western union Fraud (3) tends to incite illegal activity. This can be found in J.Lo's music and also her movie "Made in Manhatten."

**3**

On Nov 26, 2002 - After listening to "Jenny from the block" song. The song encourages people to buy her Glow by J.Lo cosmetic products, skin lotions, and skin moisturizers. The song also encourages people to buy her products with Fraud. I went to Jcpenney using a stolen Identity to obtain store credit, and bought Lopez's product. This was a victim on my criminal case out of Houston Texas, Southern District of Texas, Case # H-03-90.

**4**

Defendant Lopez is not enjoy protection of the 1st Amendment for Aiding and Abetting, which her music that I listened to incited me to commit Identity theft everyday in 2002 at Banks, retail stores, online merchants.

**5**

Defendant Lopez is liable for res ipsa loquitur Not putting warning labels on her music. This caused me great harm and my freedom that is effecting my life everyday in hardship because of Defendants neglect. I'm incarcerated because I listened to Defendants music that encouraged me to rob banks. Lopez should also be in federal prison for Aiding and abetting and Conspiracy on my criminal case # H-03-90

## TRO Temporary Restraining order

Defendants are violating my 6th amendment rights under Booker and Fan Fan, The facts that Lopez's music was not presented to a Jury or found in my indictment lead to me being enhanced. If the indictment stated this, Lopez would also be a co-defendant of mine. I fear for my life from J. Lo. She has new music on the radio that I'm forced to listen to at FCI Williamsburg. This new music encourages Americans to commit cyber crime and computer hacking. I fear if I listen to Lopez's new music, I might commit more cyber crime which could leave me in prison longer. This music is very dangerous. I move this Court for a Restraining order Against Defendant's music from being played on the radio, as it encourages crime and puts people in prison. I move this Court for a full investigation on Lopez's music to see if other convicted cybercrooks in Federal or State prison committed crime listening to Lopez's music. This is a very serious issue that is effecting my freedom. I suffered my loss of freedom and personal civil rights and liberties because of Defendants neglect. This incarceration has caused me brain damage. Defendant is held accountable for this. I pray for relief. I move this Court to forbid Lopez and her husband Marc Anthony for coming to FCI Williamsburg to kill me because I'm whistle blowing on their contact and conduct.

Respectfully Submitted

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
(843) 387-9400

Jonathan Lee Riches©

JS 44 11/99      **CIVIL COVER SHEET**    COUNTY IN WHICH THIS ACTION AROSE: _____

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**
Jonathan Lee Riches

**DEFENDANTS**
Jennifer Lopez, Marc Anthony

(b) County of Residence of First Listed _____

County of Residence of First Listed _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(C) Attorney's (Firm Name, Address, and Telephone Number)
FCF Williamsburg
PO Box 340
Salters, SC 29590

Attorneys (If Known)
07-14528
JOHN CORBETT O'MEARA
MAGISTRATE JUDGE MORGAN

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment and Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

TORTS — PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault Libel And Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury— Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21: 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 (specify) Transferred from another district
- ☐ 6 Multi district Litigation
- ☐ 7 Appeal to District Judge from Magistrate

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
$DEMAND
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed? ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes : _____