UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN LEE RICHES,

    Plaintiff,

v.

JENNIFER LOPEZ d/b/a J.LO, and
MARC ANTHONY

    Defendants.
_____/

Case No. 07-14528

Hon. John Corbett O'Meara

## **OPINION AND ORDER**

Before the court is Plaintiff Jonathan Lee Riches' (Riches) complaint that Defendants Jennifer Lopez[1] (Lopez) and her husband, Marc Anthony (Anthony) aided and abetted in Riches' conviction for "cybercrime." The allegations are quite unique. Riches is serving 125 months in prison for identity theft. He alleges Lopez's lyrics from the song, "Jenny on the Block" drove him to this crime and asks for $10 million in damages. In other words, Lopez allegedly aided and abetted his crime. Riches also seeks a temporary restraining order forbidding Lopez from distributing her music, as well as a court-imposed ban on Lopez and Anthony from visiting him, as he fears that they will attempt to kill him for "whistle blowing" and calling attention to the great danger that Lopez's music presents to American society.

Before the court can deal with the substantive issues of this case, Riches must first pay the full amount of the filing fee for a civil action. 28 U.S.C. § 1915(b)(1). If he cannot prepay the filing fee, Riches may pay on an installment basis. 28 U.S.C. § 1915(b)(1) and (2). If Riches wishes to proceed without prepayment of the filing fee, he must file a certified summary of his

---

[1] Lopez is a very successful actress and musician who has had several popular songs.

trust fund account for the preceding six months and an affidavit of indigence. 28 U.S.C. § 1915(a)(1) and (2).

Plaintiff Riches failed to submit either the filing fee or an application to proceed without prepayment of the fees and costs for this action. Accordingly, he is ordered to submit a completed application (which is attached to this order) to proceed without prepayment of fees and costs and a certified statement of his trust fund account **or** the filing fee or $350.00 for this action.

                                         s/John Corbett O'Meara
                                         UNITED STATES DISTRICT JUDGE

Date: April 23, 2008

I hereby certify that a copy of the foregoing document was mailed to plaintiff on this date, April 23, 2008.

                                         s/William Barkholz
                                         Case Manager