No. 12-1719

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 30, 2012
LEONARD GREEN, Clerk

JONATHAN LEE RICHES,

Plaintiff-Appellant,

v.

JENNIFER LOPEZ; MARC ANTHONY,

Defendants-Appellees.

O R D E R

Before: SILER, MOORE, and McKEAGUE, Circuit Judges.

On June 19, 2012, this court entered an order directing Jonathan Lee Riches to show cause within twenty-one days why the appeal should not be dismissed on the basis of a late notice of appeal. Riches has not responded.

The record shows that the district court dismissed Riches's complaint without prejudice by order entered on May 29, 2008. The notice of appeal filed on May 29, 2012, is late. *See* Fed. R. App. P. 4(a).

An appellant's failure to file a timely notice of appeal deprives an appellate court of jurisdiction. Compliance with Federal Rule of Appellate Procedure 4(a) is a mandatory prerequisite that this court may neither waive nor extend. *Bowles v. Russell*, 551 U.S. 205, 214 (2007); *Ultimate Appliance CC v. Kirby Co.*, 601 F.3d 414, 415–16 (6th Cir. 2010). Federal Rule of Appellate Procedure 26(b) specifically provides that this court may not enlarge the time for filing a notice of appeal except as authorized in Rule 4.

It is ordered that this appeal is dismissed.

ENTERED BY ORDER OF THE COURT

Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 30, 2012

Mr. Jonathan Lee Riches
143 Roebling
Suite 5
Brooklyn, NY 11211

Re: Case No. 12-1719, *Jonathan Riches v. Jennifer Lopez, et al*
Originating Case No. : 5:07-CV-14528

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Mr. David J. Weaver

Enclosure

No mandate to issue